IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK



------------------------------------------------------x

GREGORY SCRYDOFF, Individually and On
Behalf Of All Others Similarly Situated,

    Plaintiff,

vs.

JPMORGAN CHASE & COMPANY, THE
JPMORGAN CHASE RETIREMENT PLAN,
JPMORGAN CHASE BANK, N.A., JPMORGAN
COMPENSATION & MANAGEMENT
DEVELOPMENT COMMITTEE, BERNADETTE J.
ULISSI, DAVID C. NOVAK, STEPHEN B.
BURKE, LEE R. RAYMOND, WILLIAM WELDON,
JOHN DOES 1-10, JAMES DIMON, INA R. DREW,
DOUGLAS L. BRAUNSTEIN, JOHN DOES 1-100,

    Defendants.

------------------------------------------------------x

Case No. 1:12-cv-04027-GBD

ECF Case

## STIPULATION AND [REDACTED] ORDER

Plaintiff Gregory Scrydoff and defendants JPMorgan Chase & Co., the JPMorgan Chase Retirement Plan, JPMorgan Chase Bank, N.A., JPMorgan Compensation & Management Development Committee, Bernadette J. Ulissi, David C. Novak, Stephen B. Burke, Lee R. Raymond, William Weldon, James Dimon, Ina. R. Drew and Douglas L. Braunstein (collectively, "Defendants"), by and through their respective undersigned counsel, subject to this Court's approval, agree and stipulate as follows concerning Defendants' time to answer, move to dismiss or otherwise respond to the complaint in the above-captioned action.

WHEREAS, on May 21, 2012, plaintiff commenced the above-captioned action in this District;

WHEREAS, the parties previously agreed and the Court (Judge Furman, presiding) ordered that Defendants would have until August 13, 2012 to answer, move to dismiss or otherwise respond to plaintiff's complaint;

WHEREAS, the above-captioned action was transferred to this Court as a related action on June 26, 2012;

WHEREAS, the parties previously agreed and the Court ordered on August 9, 2012 that (a) Defendants need not respond to the current complaint in this action because that complaint would be superseded by an amended complaint, and (b) plaintiff would have until September 19, 2012 to file an amended complaint;

WHEREAS, plaintiff has requested an extension of time to file his amended complaint;

WHEREAS, there are no pending dates set by the Court that would be affected by this extension;

THEREFORE, IT IS STIPULATED AND AGREED:

1. Plaintiff shall have until October 10, 2012 to file an amended complaint.

2. Defendants shall have until December 10, 2012 to answer, move to dismiss or otherwise respond to the amended complaint.

3. If Defendants move against the amended complaint, plaintiff shall have until February 8, 2013 to file a response, while Defendants shall have until March 11, 2013 to file a reply, if any.

Dated: September 13, 2012

Respectfully submitted,

*/s/ Brian C. Kerr*

Brian C. Kerr (kerr@browerpiven.com)
BROWER PIVEN
A Professional Corporation
488 Madison Avenue, 8th Floor
New York, New York 10022
Telephone: (212) 501-9000
Facsimile: (212) 501-0300

*/s/ Kenneth G. Gilman*

Kenneth G. Gilman
(kgilman@gilmanpastor.com)
Thomas E. N. Shea
(tshea@gilmanpastor.com)
GILMAN LAW LLP
Beachway Professional Center Tower
3301 Bonita Beach Road, Suite 307
Bonita Springs, Florida 34134
Telephone: (239) 221-8301
Facsimile: (239) 676-8224

*Attorneys for Plaintiff and Proposed Class*

Daryl A. Libow (libowd@sullcrom.com)
Christopher M. Viapiano
(viapianoc@sullcrom.com)
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 956-7500
Facsimile: (202) 956-7056

Richard C. Pepperman II
(peppermanr@sullcrom.com)
M. David Possick (possickmd@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 291-9113

*Attorneys for JPMorgan Chase & Co., the JPMorgan Chase Retirement Plan, JPMorgan Chase Bank, N.A., Bernadette J. Ulissi, James Dimon, Ina R. Drew and Douglas L. Braunstein*

William J. Kilberg (wkilberg@gibsondunn.com)
Paul Blankenstein
(pblankenstein@gibsondunn.com)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

*Attorneys for JPMorgan Compensation & Management Development Committee, David C. Novak, Stephen B. Burke, Lee R. Raymond and William Weldon*

IT IS SO ORDERED.

Dated: _____

*/s/ George B. Daniels*
UNITED STATES DISTRICT JUDGE

-3-

Respectfully submitted,

_[signature]_

Brian C. Kerr (kerr@browerpiven.com)
BROWER PIVEN
A Professional Corporation
488 Madison Avenue, 8th Floor
New York, New York 10022
Telephone: (212) 501-9000
Facsimile: (212) 501-0300

Kenneth G. Gilman
(kgilman@gilmanpastor.com)
Thomas E. N. Shea
(tshea@gilmanpastor.com)
GILMAN LAW LLP
Beachway Professional Center Tower
3301 Bonita Beach Road, Suite 307
Bonita Springs, Florida 34134
Telephone: (239) 221-8301
Facsimile: (239) 676-8224

*Attorneys for Plaintiff and Proposed Class*

Daryl A. Libow (libowd@sullcrom.com)
Christopher M. Viapiano
(viapianoc@sullcrom.com)
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 956-7500
Facsimile: (202) 956-7056

Richard C. Pepperman II
(peppermanr@sullcrom.com)
M. David Possick (possickmd@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 291-9113

*Attorneys for JPMorgan Chase & Co., the JPMorgan Chase Retirement Plan, JPMorgan Chase Bank, N.A., Bernadette J. Ulissi, James Dimon, Ina R. Drew and Douglas L. Braunstein*

_[signature]_

William J. Kilberg (wkilberg@gibsondunn.com)
Paul Blankenstein
(pblankenstein@gibsondunn.com)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

*Attorneys for JPMorgan Compensation & Management Development Committee, David C. Novak, Stephen B. Burke, Lee R. Raymond and William Weldon*

IT IS SO ORDERED.

Dated: SEP 17 2012

_[signature]_
UNITED STATES DISTRICT JUDGE

-3-