UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE JPMORGAN CHASE & CO.
ERISA LITIGATION

------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED 01/11/2016
```

12 **CIVIL** 4027 (GBD)

## JUDGMENT

Defendants having moved to dismiss the Fourth Amended Complaint ("FAC") for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable George B. Daniels, United States District Judge, and the Court, on January 8, 2016, having rendered its Opinion & Order (Doc. #73) granting Defendants' motion to dismiss the Fourth Amended Complaint for failure to state a claim and directing the Clerk of Court to close the motion at ECF No. 63, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated January 8, 2016, Defendants' motion to dismiss the Fourth Amended Complaint for failure to state a claim is granted; accordingly, the case is closed.

**Dated:**  New York, New York
January 11, 2016

**RUBY J. KRAJICK**
_____
**Clerk of Court**
**BY:**   *K. Mango*
_____
**Deputy Clerk**